# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHAKA GILBERT,                     )      Case No. EDCV 18-1055-DSF (JEM)
                                   )
                  Petitioner,      )
                                   )      **J U D G M E N T**
         v.                        )
                                   )
COALINGA STATE HOSPITAL,           )
                                   )
                  Respondent.      )
                                   )

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

       8/30/18

DATED: _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE